IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEVIN/BROWN & ASSOCIATES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 7:12cv482 ) ) |
| HILLEL AT VIRGINIA TECH, INC., et al., | ) By: Hon. Michael F. Urbanski ) United States District Judge |
| Defendants. | ) |

### DISMISSAL ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice as to All Claims pursuant to Rule 41(a)(1)(A)(ii).

Accordingly, it is **ORDERED** that this action be, and hereby is, **DISMISSED** with prejudice and **STRICKEN** from the active docket of the court.

Entered: 08-01-13

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge